UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAVON DESHAWN BURNS,

        Defendant.

**INDICTMENT**

_____/

The Grand Jury charges:

## COUNT 1

**(Felon in Possession of a Firearm)**

On or about May 26, 2023, in Kent County, in the Southern Division of the Western District of Michigan,

JAVON DESHAWN BURNS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Glock, Model 23 Gen 4, .40 caliber pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## COUNT 2

### (Possession of a Machinegun)

On or about May 26, 2023, in Kent County, in the Southern Division of the Western District of Michigan,

JAVON DESHAWN BURNS

knowingly possessed a loaded Glock, Model 23 Gen 4, .40 caliber pistol with a machinegun conversion device installed, knowing it shot, and was designed to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

18 U.S.C. § 922(o)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 921(a)(24)
26 U.S.C. § 5845(b)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
LATOYIA T. CARPENTER
Assistant United States Attorney